MacDowell Peterman Co., Inc., v. Independent Packing Company.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Benjamin Grey v. Lounsbury-Soule Company.— Motion to dismiss appeal denied. Appellant directed to print and insert the replying affidavit and letter and insert same in record on appeal and procure the appeal to be argued or submitted on May 1, 1925. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

DeForest Radio Telephone and Telegraph Company v. Triangle Radio Supply Co., Inc. DeForest Radio Telephone and Telegraph Company v. Radio Stores Corporation.— Preference granted for May 5, 1925. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

Catherine O'Brien, an Infant, by Katherine O'Brien, Her Guardian ad Litem, Respondent, v. Joseph Burjarsky and Others, Defendants, Impleaded with Peerless Motor Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

Duncan O. Bull and Others v. Gertrude Fitzgibbons, etc.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

Duncan O. Bull and Others v. Eleanor Fitzgibbons.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

Bank of Italy v. Steers & Menke, Inc. (Action No. 1.) Bank of Italy v. Steers & Menke, Inc. (Action No. 2.) — Motions granted upon condition that the appeals be promptly prosecuted. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

The People of the State of New York ex rel. Arthur F. Broderick v. Henry M. Goldfogle and Others, as Commissioners, etc. The People of the State of New York ex rel. Temple T. Berdan v. Henry M. Goldfogle and Others, as Commissioners, etc. The People of the State of New York ex rel. Dallas B. Pratt v. Henry M. Goldfogle and Others, as Commissioners, etc. The People of the State of New York ex rel. Peabody, Houghteling & Co., Inc., v. Henry M. Goldfogle and Others, as Commissioners, etc. The People of the State of New York ex rel. J. Philip Benkard v. Henry M. Goldfogle and Others, as Commissioners, etc. The People of the State of New York ex rel. Charles W. Bonner v. Henry M. Goldfogle and Others, as Commissioners, etc. The People of the State of New York ex rel. Bankers Commercial Security Company, Inc., v. Henry M. Goldfogle and Others, as Commissioners, etc. The People of the State of New York ex rel. James Talcott, Inc., v. Henry M. Goldfogle and Others, as Commissioners, etc.— Preference granted for May 26, 1925. Present — Clarke, P. J., Dowling, Merrell, McAvoy, and Burr, JJ. [See ante, pp. 677, 702, 706, 710, 713, 715, 713, 719, respectively.]

Samuel C. Steinhardt, as Executor, etc., of Louis Hirsch, Deceased, Appellant, v. Elisabeth Hirsch and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

Arthur Falk, Appellant, v. Jacob L. Hoffman and Another, Respondents.—